# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 27, 2021

Lyle W. Cayce
Clerk

———————

No. 19-50914

———————

Mohamad Youssef Hammoud,

*Petitioner—Appellant*,

*versus*

Warden Serkou Ma'at, Federal Correctional Institute
Bastrop,

*Respondent—Appellee.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-751

———————————————————————

## ON PETITION FOR REHEARING EN BANC
(Opinion November 30, 2020)

Before Owen, *Chief Judge*, and Jones, Smith, Stewart, Dennis, Elrod, Southwick, Haynes, Graves, Higginson, Costa, Willett, Ho, Duncan, Engelhardt, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated November 30, 2020, is VACATED.